UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALL-OPTIONS, INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:21-cv-01231-JPH-MJD |
| ATTORNEY GENERAL OF INDIANA, in his official capacity, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' LIST OF WITNESSES FOR PRELIMINARY INJUNCTION HEARING**

Defendants, Attorney General of the State of Indiana, in his official capacity; Commissioner of the Indiana State Department of Health, in her official capacity; Members of the Medical Licensing Board of Indiana, in their official capacities; Lake County Prosecutor, in his official capacity; Marion County Prosecutor, in his official capacity; Monroe County Prosecutor, in her official capacity; St. Joseph County Prosecutor, in his official capacity; and Tippecanoe County Prosecutor, in his official capacity ("State Defendants"), for their List of Witnesses for the Preliminary Injunction Hearing provide the following:

**WITNESSES**

1. Dr. George Delgado will testify as to the facts and opinions contained in his expert declaration, including any research articles or other documents relied on in his declaration. Dr. Delgado may be contacted in care of Defendants' counsel.

2. Dr. Farr Curlin will testify as to the facts and opinions contained in his expert declaration, including any research articles or other documents relied on in his declaration. Dr. Curlin may be contacted in care of Defendants' counsel.

1

3. Dr. Casey Delcoco will testify as to the facts and opinions contained in her expert declaration, including any research articles or other documents relied on in her declaration. Dr. Delcoco may be contacted in care of Defendants' counsel.

4. Mary Roe will testify as to the facts contained in her declaration. Roe may be contacted in care of Defendants' counsel.

5. All witnesses called by the Plaintiffs.

6. Any witnesses necessary for rebuttal or impeachment.

Respectfully submitted,

THEODORE E. ROKITA
*Indiana Attorney General*

By:  Thomas M. Fisher
*Solicitor General*
Kian J. Hudson
*Deputy Solicitor General*
Corrine L. Youngs
Julia C. Payne
*Deputy Attorneys General*
Office of the Indiana Attorney General
IGC-South, Fifth Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Telephone: (317) 232-6255
Fax: (317) 232-7979
Email: Tom.Fisher@atg.in.gov