## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| ALL-OPTIONS, INC.; *et al.*, | ) |
| | ) CASE NO. 1:21-CV-1231-JPH-MJD |
| Plaintiffs, | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) |
| ATTORNEY GENERAL OF INDIANA, in his | ) |
| official capacity; *et al.*, | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFFS' WITNESS LIST

Plaintiffs identify the following witness who will provide live testimony at the preliminary injunction hearing scheduled to take place on June 21, 2021:

1.     **<u>Courtney A. Schreiber, M.D., M.P.H.</u>**: Dr. Schreiber is an expert in obstetrics, gynecology, abortion care, and research methods.  She will testify about the drug regimen used to provide medication abortion; the scientific evidence concerning "abortion reversal"; the pharmacodynamics and pharmacokinetics of mifepristone and progesterone; the potential safety risks of "abortion reversal"; and the impact of the Abortion Reversal Disclosure Requirement on the informed consent process, patient decision-making, and the practitioner-patient relationship. Dr. Schreiber may be contacted through Plaintiffs' counsel.

Dated: June 17, 2021

Respectfully submitted,

/S/ *Stephanie Toti*

Stephanie Toti
Sneha Shah*
LAWYERING PROJECT
41 Schermerhorn St., No. 1056
Brooklyn, NY 11201
Tel.: 646-490-1083
stoti@lawyeringproject.org
sshah@lawyeringproject.org

Kathrine D. Jack
JACK LAW OFFICE LLC
One Courthouse Plaza
P.O. Box 813
Greenfield, IN 46140
Tel: 317-477-2300
kjack@jacklawoffice.com

*Attorneys for Plaintiffs All-Options, Inc.;
Whole Woman's Health Alliance; Alison
Case, M.D.; Women's Med Group
Professional Corp.; and William Mudd
Martin Haskell, M.D.*

Kenneth J. Falk
Gavin M. Rose
Stevie J. Pactor
ACLU OF INDIANA
1031 E. Washington St.
Indianapolis, IN 46202
Tel.: 317-635-4059
kfalk@aclu-in.org
grose@aclu-in.org
spactor@aclu-in.org

*Attorneys for All Plaintiffs*

*Admitted pro hac vice

Christine Clarke*
PLANNED PARENTHOOD FEDERATION OF
AMERICA
123 Williams St., 9th Fl.
New York, NY 10038
Tel: 646-689-2958
christine.clarke@ppfa.org

Hannah Swanson*
PLANNED PARENTHOOD FEDERATION OF
AMERICA
1110 Vermont Ave. NW, Ste. 300
Washington, DC 20005
Tel: 202-973-4800
hannah.swanson@ppfa.org

Hannah Brass Greer*
PLANNED PARENTHOOD GREAT NORTHWEST,
HAWAI'I, ALASKA, INDIANA, KENTUCKY, INC.
2001 E. Madison St.
Seattle, WA 98122
Tel: 206-427-3208
hannah.brassgreer@ppgnhaik.org

Rebecca Chan*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St., 18th Fl.
New York, NY 10004
Tel.: 646-885-8338
rebeccac@aclu.org

*Attorneys for Plaintiff Planned Parenthood
Great Northwest, Hawai'i, Alaska, Indiana,
Kentucky, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on June 17, 2021, a true and accurate copy of the foregoing document

was served on all counsel of record via the Court's electronic court filing (ECF) system.


/S/ *Stephanie Toti*
Stephanie Toti

3