UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ALL-OPTIONS, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-01231-JPH-MJD |
| | ) | |
| ATTORNEY GENERAL OF INDIANA in his | ) | |
| official capacity, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Defendants have filed an unopposed motion for a witness to proceed under a pseudonym.  Dkt. [58].  As explained in the motion, the harm of disclosing the witness's identity exceeds the likely harm from concealment, so the Court **GRANTS** the unopposed request.  *See Doe v. City of Chicago*, 360 F.3d 667, 669 (7th Cir. 2004).  Witness, Mary Roe, may continue to use that pseudonym in this action, and the parties should keep her identity confidential.

**SO ORDERED.**

Date: 6/21/2021

James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

All Counsel of Record