UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALL-OPTIONS, INC., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:21-cv-01231-JPH-MJD |
| | ) |
| ATTORNEY GENERAL OF INDIANA, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on the parties' Joint Motion for Stay of Deadlines and Proceedings. [Dkt. 120.] The Court, being duly advised, hereby **GRANTS IN PART** and **DENIES IN PART** the motion. The parties' request to stay the deadlines in this matter is **GRANTED**, and effective immediately, this matter is hereby **STAYED until August 31, 2023**.

In the event that this matter is not dismissed by August 31, 2023, then **on September 1, 2023, the stay will be lifted effective immediately**, and this matter will proceed pursuant to the deadlines set forth in the approved Case Management Plan as amended [Dkts. 78, 96, & 112], which is now further amended below.

### III. Pretrial Pleadings and Disclosures

F. Except where governed by paragraph (G) below, expert witness disclosure deadlines shall conform to the following schedule: Plaintiffs shall disclose the name, address, and vita of any expert witness, and shall serve the report required by Fed. R. Civ. P. 26(a)(2)(B) or (C) on or before **November 5, 2022**. Defendants shall disclose the name, address, and vita of any expert witness, and shall serve the report required by Fed. R. Civ. P. 26(a)(2)(B) or (C) on or before **October 2, 2023**.

H. Any party who wishes to limit or preclude expert testimony at trial shall file any such objections on or before **April 1, 2024**. Any party who wishes to preclude expert witness testimony at the summary judgment stage shall file any such objections with their responsive brief within the briefing schedule established by Local Rule 56-1.

I. All parties shall file and serve their final witness and exhibit lists on or before **October 2, 2023**. This list should reflect the specific potential witnesses the party may call at trial. It is not sufficient for a party to simply incorporate by reference "any witness listed in discovery" or such general statements. The list of final witnesses shall include a brief synopsis of the expected testimony.

### IV. Discovery and Dispositive Motions

A. On or before **November 21, 2023**, and consistent with the certification provisions of Fed. R. Civ. P. 11(b), the party with the burden of proof shall file a statement of the claims or defenses it intends to prove at trial, stating specifically the legal theories upon which the claims or defenses are based. A party's failure to file a timely statement of claims or defenses may result in the waiver of the party's claims or defenses. A party's failure to include in the party's statement of claims or defenses a claim or defense upon which the filing party has the burden of proof may result in the waiver of the omitted claim or defense.

B. All discovery shall be completed by **November 17, 2023**.

C. Plaintiffs shall file any dispositive motion on or before **December 12, 2023**; Defendants shall respond to Plaintiffs' dispositive motion, and shall include any cross-dispositive motion, on or before **January 9, 2024**; Plaintiffs shall respond to Defendants' cross-dispositive motion, and shall include any reply in support of Plaintiffs' dispositive motion, on or before **February 6, 2024**; Defendants shall file any reply in support of their cross-dispositive motion on or before **February 20, 2024**.

### VI. Trial Date

This matter will be ready for trial in or after **August, 2024**. The trial is by **Court** and is anticipated to take **5 days**.

All other requirements of the approved Case Management Plan as amended [Dkts. 78, 96, & 112] remain in effect.

In all other respects, the parties' Joint Motion for Stay of Deadlines and Proceedings [Dkt. 120] is **DENIED**.

SO ORDERED.

Dated:  30 NOV 2022

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.